533 Pa. 304 (1993)
621 A.2d 994
Vernon F. WALTMAN, Evelyn M. Waltman, Leonard I. Hurwitz, Matthew T. Hawkins, Mildred J. Hawkins, Ellen Andrew Flemma and Glenn E. Campbell, Appellants,
v.
PENNSYLVANIA PUBLIC UTILITY COMMISSION, Appellee,
v.
WTG-EAST, Inc., and WTG-CENTRAL, Inc., Intervenors.
Supreme Court of Pennsylvania.
Argued March 9, 1993.
Decided April 1, 1993.
Paul H. Titus, Cindrich & Titus, Robert J. Cindrich, Dara A. DeCourcy, Louis B. Loughren, Zimmer, Kunz, Loughren, Hart, Lazaroff, Trenor, Banyas & Conaway, P.C., Pittsburgh, for appellants.
Alan Kohler, Frank B. Wilmarth, John F. Povilaitis, Pennsylvania Public Utility Com'n, Harrisburg, for appellee.
For Intervenors: Lewis S. Kunkel, Jr., Jan Z. Krasnowiecki, Joan A. Yue, John A. Witherow, Jr., Pepper, Hamilton & Scheetz, Philadelphia, for WTG-EAST, Inc. and WTG-CENTRAL, Inc.
Before NIX, C.J., and LARSEN, FLAHERTY, PAPADAKOS, and MONTEMURO, JJ.

ORDER
PER CURIAM:
Order affirmed.
*305 ZAPPALA and CAPPY, JJ., did not participate in the consideration or decision of this case.
LARSEN and FLAHERTY, JJ., dissent.